UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATEF B. BESHAY,
    Plaintiff,

v.                                                               CIVIL ACTION NO. 10-11371-NMG

NATIONAL PRODUCT SERVICE,
    Defendant.

## ORDER ON MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

GORTON, D.J.

    On August 4, 2010, Plaintiff Atef B. Beshay ("Beshay") filed a self-prepared Complaint under Title VII of the Civil Rights Act against his former employer. On September 14, 2010, this Court issued a Memorandum and Order (Docket No. 4) denying Beshay's Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) without prejudice to renew. On October 7, 2010, Beshay paid the $350.00 filing fee.

    On March 4, 2011, the action was dismissed upon the grant of Defendant's Motion to Dismiss. See Order Dismissing Case (Docket No. 14). Thereafter, on March 22, 2011, Beshay filed a Notice of Appeal (Docket No. 15), and an Affidavit to Accompany a Motion for Leave to Proceed on appeal *in forma pauperis* (Docket No. 17).

    On April 28, 2011, the United States Court of Appeals for the First Circuit issued an Order (Docket No. 19) treating Beshay's financial affidavit, with attached banking account statements, as a Motion for Leave to Proceed *in forma pauperis*. As such, the motion was transmitted to this Court for ruling in the first instance, pursuant to Fed. R. App. P. 24(a)(1).

    Upon review of Beshay's financial disclosures, this Court finds that he has demonstrated sufficiently that he lacks funds to pay the appellate filing and docketing fees.

    Accordingly, it is hereby Ordered that Beshay's Motion for Leave to Proceed *in forma pauperis* on appeal (Docket No. 17) is ALLOWED. The Clerk shall transmit a copy of this

Order to the First Circuit Court of Appeals Clerk's Office forthwith.

SO ORDERED.

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2011